

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00375-CV

| | | |
|---|---|---|
| SERENE COUNTRY HOMES, LLC, Appellant | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-299063-18) |
| V. | § | December 10, 2020 |
| NORTHSTAR RANCH, LLC, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

It is further ordered that Appellant Serene Country Homes, LLC must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By /s/ Elizabeth Kerr
Justice Elizabeth Kerr